1 | Jeanne L. Zimmer (SBN 123321)
2 | ZimmerJ@cmtlaw.com
3 | J. Grace Felipe (SBN 190893)
4 | Felipeg@cmtlaw.com
5 | CARLSON & MESSER LLP
6 | 5959 W. Century Boulevard, Suite 1214
7 | Los Angeles, California 90045
8 | (310) 242-2200 Telephone
9 | (310) 242-2222 Facsimile

Attorneys for Defendants,
KEITH BAKER and LIEN ENFORCEMENT, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. MINER,<br><br>   Plaintiff,<br><br>vs.<br><br>KEITH BAKER, LIEN ENFORCEMENT, INC.<br><br>   Defendants. | Case No: 3:15-cv-02765-JAH-RBB<br><br>**DEFENDANTS KEITH BAKER AND LIEN ENFORCEMENT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Judge: Hon. John A. Houston<br>Date: March 7, 2016<br>Time: 2:30 p.m.<br>Courtroom: 13B |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD

  PLEASE TAKE NOTICE that on March 7, 2016 at 2:30 p.m. or as soon as this matter may be heard in Courtroom 13B of the above-entitled Court located at 333 West Broadway, San Diego, California, Defendants KEITH BAKER and LIEN ENFORCEMENT, INC. ("Defendants") will and hereby do move to dismiss the Complaint of Plaintiff BENJAMIN SCOTT MINER pursuant to Rule 12 (b)(6) of the *Federal Rules of Civil Procedure*.

///

| | |
|---|---|
| 1 | The grounds for this Motion are that the Complaint fails to state a claim upon which relief can be granted. Specifically, the Complaint does not contain facts sufficient to meet the pleading standards articulated by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S.Ct. 1955 (2007) ("*Twombly*") and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009) ("*Iqbal*"). |

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Proposed Order filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

DATED: January 26, 2016          CARLSON & MESSER LLP


By: /s/ Jeanne L. Zimmer
Jeanne L. Zimmer
J. Grace Felipe
Attorneys for Defendants,
KEITH BAKER and LIEN
ENFORCEMENT, INC.